1  MICHAEL HINCKLEY, State Bar No. 161645
   THE LAW OFFICES OF MICHAEL HINCKLEY
2  803 Hearst Avenue
   Berkeley, California 94710
3  Telephone:   (510) 486-0800
   Facsimile:   (510) 486-0801

4

5  Attorneys for Defendant
   DANIEL HITESMAN

6                       UNITED STATES DISTRICT COURT

7                       NORTHERN DISTRICT OF CALIFORNIA

8                              SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. Case Nos. CR-93-20046 DLJ; CR-01-00029 DLJ; CR-02-00165 DLJ; CR-13-0528 DLJ |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND []** |
| DANIEL HITESMAN | **ORDER TO CONTINUE HEARING** |
| Defendant. | Date: June 19, 2014<br>Time: 9:00 a.m.<br>Hon. D. Lowell Jensen |

Defendant DANIEL HITESMAN, by and through his appointed counsel Michael Hinckley, and the United States of America, by and through Assistant United States Attorney Jeff Schenk, hereby stipulate and agree to continue the status conference in the above matter from June 19, 2014 to July 31, 2014 at 9:00 a.m.

Good cause exists for this request in that the above referenced matter is trailing Mr. Hitesman's matter CR 14-00010 LHK, which is presently scheduled for court hearing on July 16, 2014.

Probation Officer Daniel Zurita has no objection to this requested continuance.

U.S. V. HITESMAN, Case Nos. CR-93-20046 DLJ; CR-01-00029 DLJ; CR-02-00165 DLJ; CR-13-0528 DLJ (Stipulation)

1
2 **IT IS SO STIPULATED.**
3
    Dated: 6/16/2014                      /s/ Jeff Schenk
4
                                              JEFF SCHENK
5                                               Assistant United States Attorney
6
    Dated: 6/16/2014                      /s/Michael Hinckley
7
                                              MICHAEL HINCKLEY
8                                               Attorneys for Defendant

U.S. V. HITESMAN, Case Nos. CR-93-20046 DLJ; CR-01-00029 DLJ; CR-02-00165 DLJ; CR-13-0528 DLJ (Stipulation)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, the date for hearing in this matter is continued from June 19, 2014 to July 31, 2014 at 9:00 a.m.

IT IS SO ORDERED.

Dated: Î⌑Ï⌑Ι

_____
Hon. D. LOWELL JENSEN
Senior United States District Judge

U.S. V. HITESMAN, Case Nos. CR-93-20046 DLJ; CR-01-00029 DLJ; CR-02-00165 DLJ; CR-13-0528 DLJ (Stipulation)