1  MICHAEL HINCKLEY, State Bar No. 161645
   THE LAW OFFICES OF MICHAEL HINCKLEY
2  803 Hearst Avenue
   Berkeley, California 94710
3  Telephone:   (510) 486-0800
   Facsimile:    (510) 486-0801

4

5  Attorneys for Defendant
   DANIEL HITESMAN

6                      UNITED STATES DISTRICT COURT

7                      NORTHERN DISTRICT OF CALIFORNIA

8                             SAN JOSE DIVISION

9  UNITED STATES OF AMERICA,            Case No. Case Nos. CR-93-20046 DLJ;
                                        CR-01-00029 DLJ; CR-02-00165 DLJ;
10          Plaintiff,                  CR-13-0528 DLJ

11      vs.

12                                      **STIPULATION AND []**
                                        **ORDER TO CONTINUE HEARING**
13 DANIEL HITESMAN

14          Defendant.
                                        Date: July 31, 2014
15                                      Time: 9:00 a.m.
                                        Hon. D. Lowell Jensen

16

17      Defendant DANIEL HITESMAN, by and through his appointed counsel Michael

18 Hinckley, and the United States of America, by and through Assistant United States Attorney

19 Jeff Schenk, hereby stipulate and agree to continue the status conference in the above matter

20 from July 31, 2014 to September 4, 2014 at 9:00 a.m.

21      Good cause exists for this request in that the above referenced matter is trailing Mr.

22 Hitesman's matter CR 14-00010 LHK, which is presently scheduled for court hearing on August

23 20, 2014.

24      Probation Officer Daniel Zurita has no objection to this requested continuance.

---

U.S. V. HITESMAN, Case Nos. CR-93-20046 DLJ; CR-01-00029 DLJ; CR-02-00165 DLJ;
CR-13-0528 DLJ (Stipulation)

**IT IS SO STIPULATED.**

Dated: 7/21/2014                            /s/ Jeff Schenk

                                            JEFF SCHENK
                                            Assistant United States Attorney

Dated: 7/21/2014                            /s/Michael Hinckley

                                            MICHAEL HINCKLEY
                                            Attorneys for Defendant

U.S. V. HITESMAN, Case Nos. CR-93-20046 DLJ; CR-01-00029 DLJ; CR-02-00165 DLJ; CR-13-0528 DLJ (Stipulation)

**ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, the date for hearing in this matter is continued from July 31, 2014 to September 4, 2014, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  ＿＿＿＿＿＿＿＿

_____
Hon. D. LOWELL JENSEN
Senior United States District Judge

U.S. V. HITESMAN, Case Nos. CR-93-20046 DLJ; CR-01-00029 DLJ; CR-02-00165 DLJ; CR-13-0528 DLJ (Stipulation)