MICHAEL HINCKLEY, State Bar No. 161645
THE LAW OFFICES OF MICHAEL HINCKLEY
803 Hearst Avenue
Berkeley, California 94710
Telephone:   (510) 486-0800
Facsimile:   (510) 486-0801

Attorneys for Defendant
DANIEL HITESMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. Case Nos. CR-93-20046 DLJ; CR-01-00029 DLJ; CR-02-00165 DLJ; CR-13-0528 DLJ |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND [] ORDER TO CONTINUE HEARING** |
| DANIEL HITESMAN | |
| Defendant. | Date: October 16, 2014<br>Time: 9:00 a.m.<br>Hon. D. Lowell Jensen |

Defendant DANIEL HITESMAN, by and through his appointed counsel Michael Hinckley, and the United States of America, by and through Assistant United States Attorney Jeff Schenk, hereby stipulate and agree to continue the status conference in the above matter from October 16, 2014 to December 4, 2014 at 9:00 a.m.

Good cause exists for this request in that the above referenced matter is trailing Mr. Hitesman's matter CR 14-00010 LHK, which is presently scheduled for court hearing on November 12, 2014.

Probation Officer Daniel Zurita has no objection to this requested continuance.

U.S. V. HITESMAN, Case Nos. CR-93-20046 DLJ; CR-01-00029 DLJ; CR-02-00165 DLJ; CR-13-0528 DLJ (Stipulation)

**IT IS SO STIPULATED.**

Dated: 10/14/2014                             /s/ Jeff Schenk

                                              JEFF SCHENK
                                              Assistant United States Attorney

Dated: 10/14/2014                             /s/Michael Hinckley

                                              MICHAEL HINCKLEY
                                              Attorneys for Defendant

## **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, the date for hearing in this matter is continued from October 16, 2014 to December 4, 2014, at 9:00 a.m.

IT IS SO ORDERED.

Dated: _____

_____
Hon. D. LOWELL JENSEN
Senior United States District Judge

U.S. V. HITESMAN, Case Nos. CR-93-20046 DLJ; CR-01-00029 DLJ; CR-02-00165 DLJ;
CR-13-0528 DLJ (Stipulation)